1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4

5 | KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

6 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102

7 |    Telephone:     (415) 436-7200
    Facsimile:     (415) 436-7234

8 |    Email: kevin.barry@usdoj.gov

9

Attorneys for Plaintiff

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,          )    CR No. 10-mj-70643 MAG
                                       )
16 |          Plaintiff,                )
                                       )
17 |     v.                             )
                                       )    **STIPULATION AND [~~PROPOSED~~]**
18 |                                    )    **ORDER CHANGING HEARING DATE,**
    AVERY BADENHOP,                     )    **EXTENDING TIME LIMITS OF RULE**
19 |                                    )    **5.1(c), AND EXCLUDING TIME**
          Defendant.                    )
20 | _____  )

21

22 |        On August 10, 2010, the parties in this case appeared before the Court for a bond hearing.  At that time, the Court set the date for a preliminary hearing / arraignment for August 20, 2010.  The parties respectfully request that the date for the preliminary hearing / arraignment be changed to September 14, 2010 and that the time limits provided by Federal Rule of Criminal Procedure 5.1(c) be extended through that date.  Pursuant to Rule 5.1(d), the defendant consents to this extension of time, and the parties represents that good cause exists for this extension, including the effective preparation of counsel.

28 |

STIPULATION & [~~PROPOSED~~]ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-mj-70643 MAG

1    The parties also request that time from the date of this order through September 14, 2010

2    be excluded from any time limits applicable under 18 U.S.C. § 3161.  The parties represent that

3    granting the exclusion will allow the reasonable time necessary for effective preparation of

4    counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice

5    served by granting such an exclusion of time outweigh the best interests of the public and the

6    defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7

8    SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
9                                               United States Attorney

10   DATED: August 19, 2010                        _____/s/_____
                                                KEVIN J. BARRY
11                                              Assistant United States Attorney

12
     DATED: August 19, 2010                        _____/s/_____
13                                              DOUGLAS L. RAPPAPORT
                                                Attorney for AVERY BADENHOP
14

15
                              [~~PROPOSED~~] ORDER
16
         For the reasons stated above, the Court finds that the extension of time limits applicable
17
     under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through September
18
     14, 2010 is warranted; that exclusion of this period from the time limits applicable under 18
19
     U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1
20
     outweigh the interests of the public and the defendant in the prompt disposition of this criminal
21
     case; and that the failure to grant the requested exclusion of time would deny counsel for the
22
     defendant and for the government the reasonable time necessary for effective preparation, taking
23
     into account the exercise of due diligence, and would result in a miscarriage of justice.  18
24
     U.S.C. §3161(h)(7)(B)(iv).
25
         IT IS SO ORDERED.
26

27   DATED:_ August 19, 2010

                                                _____
28                                              THE HONORABLE NANDOR J. VADAS
                                                United States Magistrate Judge

     IT IS SO ORDERED
     Judge Nandor J. Vadas