MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-MJ-70643 MAG |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE, EXTENDING TIME LIMITS OF RULE 5.1(c), AND EXCLUDING TIME** |
| AVERY BADENHOP, | |
| Defendant. | |

On August 10, 2010, the parties in this case appeared before the Court for a bond hearing. After that date, the parties requested that the Court set the date for a preliminary hearing / arraignment for September 14, 2010. The parties respectfully request that the date for the preliminary hearing / arraignment be changed to September 29, 2010 and that the time limits provided by Federal Rule of Criminal Procedure 5.1(c) be extended through that date. Pursuant to Rule 5.1(d), the defendant consents to this extension of time, and the parties represents that good cause exists for this extension, including the effective preparation of counsel.

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-mj-70643 MAG

1   The parties also request that time from September 14, 2010 through September 29, 2010
2   be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties represent that
3   granting the exclusion will allow the reasonable time necessary for effective preparation of
4   counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice
5   served by granting such an exclusion of time outweigh the best interests of the public and the
6   defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8   SO STIPULATED:
        MELINDA HAAG
9       United States Attorney

10  DATED: September 13, 2010          /s/
                                       KEVIN J. BARRY
11                                     Assistant United States Attorney

13  DATED: September 13, 2010          /s/
                                       DOUGLAS L. RAPPAPORT
                                       Attorney for AVERY BADENHOP

15              [PROPOSED] ORDER

17  For the reasons stated above, the Court finds that the extension of time limits applicable
    under Federal Rule of Criminal Procedure 5.1(c) from September 14, 2010 through September
    29, 2010 is warranted; that exclusion of this period from the time limits applicable under 18
    U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1
    outweigh the interests of the public and the defendant in the prompt disposition of this criminal
    case; and that the failure to grant the requested exclusion of time would deny counsel for the
    defendant and for the government the reasonable time necessary for effective preparation, taking
    into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C.
    §3161(h)(7)(B)(iv).

26  IT IS SO ORDERED.

27  DATED: 14 Sept '10
                                       THE HONORABLE BERNARD ZIMMERMAN
28                                     United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-mj-70643 MAG                                                              2