MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:  (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10-701 MMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-mj-71065 JL |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| AVERY BADENHOP, and AULDEN BADENHOP, a/k/a Aulden Von Baden, | |
| Defendants. | |

During the defendants' December 20, 2010 initial appearance on a criminal Complaint, the Court set January 6, 2011 as the date for an attorney appearance hearing for defendant Avery Badenhop. After the hearing, counsel for the government and counsel for Avery Badenhop discussed the time limits of Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act. The parties hereby request that the time between December 20, 2010 and January 6, 2011 be excluded from the calculations for time under Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-mj-71065 JL

1  Pursuant to Rule 5.1(d), defendant Avery Badenhop and the government consent to the
2  exclusion of time, and the parties represent that good cause exists for this exclusion, including
3  the effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The
4  parties also agree that the ends of justice served by granting such an exclusion of time outweigh
5  the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7  SO STIPULATED:
                                    MELINDA HAAG
8                                   United States Attorney

9  DATED: December 21, 2010         _____/s/_____
                                    KEVIN J. BARRY
10                                  Assistant United States Attorney

11
   DATED: December 21, 2010         _____/s/_____
12                                  MICHELLE THOMSON
                                    Attorney for AVERY BANDENHOP

15                        [PROPOSED] ORDER
16  For the reasons stated above, the Court finds that exclusion of the period from December
17  20, 2010 through January 6, 2011 from the time limits applicable under Federal Rule of Criminal
18  Procedure 5.1(c) and 18 U.S.C. § 3161 is warranted; that the ends of justice served by the
19  exclusion under Rule 5.1 and Section 3161 outweigh the interests of the public and the defendant
20  in the prompt disposition of this criminal case; and that the failure to grant the requested
21  exclusion of time would deny counsel for the defendant and for the government the reasonable
22  time necessary for effective preparation and continuity of counsel, taking into account the
23  exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C.
24  §3161(h)(7)(B)(iv).

26  IT IS SO ORDERED.

27  DATED:_____             _____
                                    THE HONORABLE JAMES LARSON
28                                  United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-mj-71065 JL                                                            2

# ATTACHMENT A

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone:   (415) 436-7200
       Facsimile:   (415) 436-7234
7      Email: kevin.barry@usdoj.gov

8  Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,         ) CR No. 10-mj-71065 JL
                                       )
15 |       Plaintiff,                  )
                                       )
16 |   v.                              ) STIPULATION AND [PROPOSED] ORDER
                                       ) EXCLUDING TIME
17 | AVERY BADENHOP, and               )
     AULDEN BADENHOP,                  )
18 | a/k/a Aulden Von Baden,           ) **ATTESTATION OF FILER**
                                       )
19 |       Defendants.                 )
                                       )
20

21      In addition to myself, the other signatory to this document is Michelle Thomson. I

22 hereby certify that I have obtained her permission to enter a conformed signature on her behalf

23 and to file this document.

24
                                        MELINDA HAAG
25                                      United States Attorney

26 DATED: December 21, 2010                    /s/
                                        KEVIN J. BARRY
27                                      Assistant United States Attorney

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME - ATTESTATION OF FILER
CR 10-mj-71065 JL