**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California  94111
Telephone (415) 989-7900

Attorney for Defendant
**AVERY BADENHOP**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVERY BADENHOP, and<br>AULDEN BADENHOP,<br>a.k.a. Aulden Von Baden<br><br>　　　　Defendants.<br>_____/ | Case No. CR 10-701 MMC<br>　　　　　CR 10-MJ-71065 JL<br><br>**S T I P U L A T I O N   A N D<br>[PROPOSED]   O R D E R<br>C O N T I N U I N G   S T A T U S<br>HEARING AND EXCLUDING<br>TIME FROM MARCH 16, 2011<br>TO MAY 4, 2011 UNDER THE<br>SPEEDY TRIAL ACT** |

　　　　On February 2, 2011, the parties in this matter appeared before the Court for arraignment on the Superseding Indictment. The Court set the matter for a status hearing on March 16, 2011 at 2:30 p.m. The parties jointly request that this Court continue the matter to May 4, 2011 at 2:30 p.m. for status hearing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(H)(7)(A) and (B)(iv), from March 16, 2011 through May 4, 2011.

//
//
//
//
//

1

1  Defendants Avery Badenhop and Aulden Badenhop, and the government consent to the
2  exclusion of time from March 16, 2001 through May 4, 2011 in accordance with the provisions of
3  the Speedy Trial Act, 18 U.S.C. § 3161. The parties represent that good cause exists for this
4  exclusion, including the effective preparation and continuity of counsel. The parties agree that the
5  failure to grant this continuance would unreasonably deny counsel for the defendants the reasonable
6  time necessary for effective preparation, taking into account the exercise of due diligence. See, 18
7  U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by
8  granting an exclusion of time outweigh the best interests of the public and the defendant in a speedy
9  trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA L. HAAG
United States Attorney

DATED:_____                              _____/s/_____
                                              KEVIN BERRY
                                              Assistant United States Attorney

DATED:_____                              _____/s/_____
                                              DOUGLAS L. RAPPAPORT
                                              Attorney for AVERY BADENHOP

DATED:_____                              _____/s/_____
                                              STEVE KALAR
                                              Attorney for AULDEN BADENHOP

//
//
//
//
//
//

**[PROPOSED] ORDER**

For the reasons stated above, the Court hereby orders that the status hearing date of March 16, 2011 is continued to May 4, 2011 at 2:30 p.m. The Court also finds that an exclusion of time between March 16, 2011 through May 4, 2011 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the exclusion under Section 3161 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case, and that failure to grant the requested exclusion of time would deny counsel for the defendants the reasonable time necessary for the effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: March 15, 2011

THE HONORABLE MAXINE CHESNEY
United States District Judge